# United States Bankruptcy Court
## Eastern District of Virginia

In re **Anilise Starre**  Case No. **15-12594**

Debtor(s)  Chapter **7**

## CHANGE OF ADDRESS

**Other than for an attorney, if the Debtor/Creditor whose address is changing is a party in an Adversary Proceeding before the Court, the Change of Address must be filed in the Adversary Proceeding as well as in the Bankruptcy Case.**

For: [✔] Debtor
     [ ] Attorney [If Applicable:] Name: _____
     [ ] Creditor

*If joint case, please check the appropriate box as set out below:*

New address is for:   [ ] Husband <u>and</u> Wife
                      [ ] Husband <u>Only</u>
                      [ ] Wife <u>Only</u>

*[If applicable]* Case Name: _____
*[If applicable]* Case No./Adversary Proceeding No.: _____
*[If applicable]* Creditor Name: _____

New Address:  **3613 Felmore Court**

City: **Woodbridge**   State: **VA**   Zip: **22193**

Old Address:  **3101 S. Manchester Street**

**Apt. # 315**

City: **Falls Church**   State: **VA**   Zip: **22044**

Telephone Number: ( **571** ) **594-0249**

**Please include area code**

**/s/Mehnaz Ishrat Khan, Esq. VSB # 82286**

Signature of Filer [*check filer type below*]:
     [ ] Attorney for Debtor
     [ ] Debtor
     *[If joint case and address is for <u>husband and wife</u>, both debtors must sign.]*
     [ ] Creditor
     [✔] Attorney

Date: **September 14, 2015**

pc:  Trustee
     United States Trustee
     Creditor (for creditor's change of address)